PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Melvin Johnson                    Cr.: 12-00360-001
                                                    PACTS #: 48475

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 07/02/09

Original Offense: Preparing False Tax Returns

Original Sentence: 36 months imprisonment; 1 year supervised release, Fine $5,000

Type of Supervision: Supervised Release            Date Supervision Commenced: 02/17/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to Satisfy Fine |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution/fine order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,
Elisa Martinez
2013.02.08
15:36:58 -05'00'
By: Elisa Martinez
U.S. Probation Officer
Date: 02/08/13

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other- Case expire as scheduled

Signature of Judicial Officer

2/14/13
Date